| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WilkinsonIII, James H. | Fourth US Circuit Court of Appeals | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

255 W. Main Street Room 230
Charlottesville, VA 22902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Tuesday Evening Concert Series |
| 2. | Director | Virginia Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | to date | I will receive no salary from my former employer, the University of Virginia Law School. There will be no continuing participation (contd Part VIII) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Oxford University Press, book royalties | $564.00 |
| 2. 2016 | Encounter Books, book royalties | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | B | Dividend | L | T | | | | | |
| 3. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. Deere & Co Common Stock | D | Dividend | N | T | | | | | |
| 5. Du Pont E I De Nemours & Co Common Stock | C | Dividend | M | T | | | | | |
| 6. Duke Energy Corp Common Stock | C | Dividend | M | T | | | | | |
| 7. General Electric Co Common Stock | D | Dividend | M | T | | | | | |
| 8. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 9. Kraft Heinz Co Common Stock (X) | A | Dividend | J | T | | | | | |
| 10. Lilly Ely & Co Common Stock | B | Dividend | L | T | | | | | |
| 11. Merck & Co Common Stock | C | Dividend | M | T | | | | | |
| 12. Mondelez International Inc Common Stock | A | Dividend | J | T | | | | | |
| 13. Pfizer Inc Common Stock | B | Dividend | L | T | | | | | |
| 14. Proctor & Gamble Co Common Stock | D | Dividend | N | T | | | | | |
| 15. Providence & Worchester RR Co Common Stock | A | Dividend | | | Distributed | 11/02/16 | L | F | |
| 16. Royal Dutch Petroleum Shell Co Common Stock | D | Dividend | M | T | | | | | |
| 17. Spectra Energy Corp Commom Stock | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SunTrust Banks Inc Common Stock | A | Dividend | K | T | | | | | |
| 19. Ridgeworth Fd - Sm Cap Val Equty | A | Dividend | L | T | | | | | |
| 20. Ridgeworth Fd - MidCap Value Eqty | B | Dividend | M | T | | | | | |
| 21. Ridgeworth SEIX Fd - Va Inter Mun Bond (SEIX added to name) | E | Interest | P1 | T | | | | | |
| 22. Ridgeworth Fd - Intl Equity | B | Dividend | N | T | | | | | |
| 23. Ridgeworth SEIX Fd - US Govt Sec Ultra Short (SEIX added to name) | A | Interest | L | T | | | | | |
| 24. Vanguard FTSE Emerging Mkts ETF | B | Dividend | K | T | | | | | |
| 25. Vanguard 500 Index Fd | C | Dividend | M | T | | | | | |
| 26. Federated Strategic Value Fd | D | Dividend | M | T | | | | | |
| 27. Vanguard Developed Mkts Index Fd (X) | C | Dividend | L | T | | | | | |
| 28. Federated Fd - TR MMMKT | A | Interest | N | T | | | | | |
| 29. | | | | | | | | | |
| 30. IRA #1 | | | | | | | | | |
| 31. Ridgeworth Fd - Mid Cap Value Equity | A | Dividend | J | T | | | | | |
| 32. Ridgeworth Fd - Large Cap Value Equity | A | Dividend | K | T | | | | | |
| 33. Ridgeworth Fd - Small Cap Value Equity | | None | | | Sold | 06/23/16 | J | | |
| 34. Vanguard Dev Mkts Index Fd | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard FTSE Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 36. Vanguard Growth Index Fd (X) | A | Dividend | K | T | | | | | |
| 37. Vanguard - Small Cap Index | A | Dividend | J | T | Buy | 06/23/16 | J | | |
| 38. PWM Fid Master Dept Acct - SunTrust Money Mkt (See Note) | A | Interest | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. Trust #2 | | | | | | | | | |
| 41. Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 42. AT&T Inc Common Stock | B | Dividend | K | T | | | | | |
| 43. Du Pont E I De Nemours & Co Common Stock | A | Dividend | K | T | | | | | |
| 44. Duke Energy Corp Common Stock | A | Dividend | K | T | | | | | |
| 45. Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 46. Lincoln Natl Corp Common Stock | C | Dividend | M | T | | | | | |
| 47. Merck & Co Inc Common Stock | B | Dividend | K | T | | | | | |
| 48. Pfizer Inc Common Stock | B | Dividend | K | T | | | | | |
| 49. Royal Dutch Shell Sponsored Common Stock | B | Dividend | K | T | | | | | |
| 50. Spectra Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 51. Ridgeworth SEIX Fd - Va Inter Mun Bond (SEIX added to name) | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ridgeworth Fd - Mid Cap Value Equity | A | Dividend | L | T | | | | | |
| 53. Ridgeworth Fd - Small Cap Value Equity | | None | | | Sold | 06/23/16 | K | | |
| 54. Federated Strategic Value Fd | C | Dividend | M | T | Buy (add'l) | 06/23/16 | K | | |
| 55. Vanguard 500 Index Fd | B | Dividend | M | T | | | | | |
| 56. Vanguard Dev Mkts Index Fd | C | Dividend | M | T | | | | | |
| 57. Vanguard FTSE Emerging Mkts ETF | A | Dividend | | | Sold | 06/23/16 | K | | |
| 58. Vanguard Growth Index Fd (X) | A | Dividend | L | T | | | | | |
| 59. Vanguard - Small Cap Index | A | Dividend | K | T | Buy | 06/23/16 | K | | |
| 60. Federated Fd - TR MMMKT | A | Interest | L | T | | | | | |
| 61. | | | | | | | | | |
| 62. Deposit Accounts | | | | | | | | | |
| 63. SunTrust Interest Checking #1 | A | Interest | K | T | | | | | |
| 64. SunTrust Checking #2 | | None | K | T | | | | | |
| 65. SunTrust Checking #3 | | None | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Trust #3 | | | | | | | | | |
| 68. Ridgeworth Fd - Large Cap Value Equity | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WilkinsonIII, James H. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ridgeworth Fd - Mid Cap Value Equity | A | Dividend | L | T | | | | | |
| 70. Ridgeworth SEIX Fd - Va Inter Mun Bond (SEIX added to name) | D | Interest | N | T | | | | | |
| 71. Vanguard Dev Mkts Index Fd | B | Dividend | K | T | | | | | |
| 72. Vanguard Growth Index Fd (X) | C | Dividend | M | T | | | | | |
| 73. Vanguard Limited-Term Tax-Exempt Fd (X) | A | Interest | J | T | | | | | |
| 74. PWM Fid Master Dept Acct - SunTrust Money Mkt (See Note) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions
I receive no compensation for my service.  The start date for each non-profit position was June, 2013.

---

Part II: Agreements
RE: I will rec, contd... in any benefit plan provided by the University, although past pension benefits are vested.  My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University.  The mortgage was paid in full on 02/09/1985.

---

Part VII: Investments and Trusts
Trust #1
My Revocable Trust

Line 15: Received an exchange of $25 cash for each share owned of Providence and Worcester RR Co. as a result of a cash merger.

---

IRA
My current IRA

---

Trust #2
My wife's Revocable Trust

---

Trust #3
Irrevocable GST Trust for me (from my mother's trust).
This trust was created from my mother's Trust (her Revocable Trust became an Irrevocable Interim Trust - after her death) which was split into two shares, after IRS approval was received, for my brother and me.  My share later became this trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James H. WilkinsonIII**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544